# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2246
_____

WINBAR LLC,

   Appellant,

v.

RABIA ARDAN MORRIS,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

March 1, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Brant Hargrove, Tallahassee, for Appellant.

Susan S. Thompson and Andrew J. Power of Smith, Thompson, Shaw, Minacci, Colón & Power, P.A., Tallahassee, for Appellee.